**Order entered May 28, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00822-CR

---

### ANTWON CARTER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-81511-2013

---

## ORDER

The Court **REINSTATES** the appeal.

On April 29, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) after appellant was convicted, the trial court appointed Stephanie Hudson to represent appellant; (2) unbeknownst to the trial court, the Indigent Defense Offices of Collin County thereafter appointed Sam Rosenstein to represent appellant; (3) Mr. Rosenstein believed Ms. Hudson was representing appellant, and Ms. Hudson never received notification of her appointment as appellant's attorney; (4) Mr. Rosenstein is closing is law practice; and (5) Stephanie Hudson is now appointed to represent appellant.

We note that although Mr. Rosenstein's name is on the front cover of the clerk's record, this Court has David Waddill, who was appellant's trial counsel and signed the notice of appeal,

listed as appellate counsel. Therefore, it does not appear that either Mr. Rosenstein or Ms. Hudson has received notices from this Court regarding the appeal. Nor does it appear that Mr. Waddill, despite being sent correspondence from this Court regarding the appeal, ever communicated to the Court that he is no longer representing appellant.

Accordingly, we **DIRECT** the Clerk of this Court to list Stephanie Hudson as appellant's attorney of record in place of David Waddill.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Stephanie Hudson and to the Collin County District Attorney's Office.


/s/     LANA MYERS
        JUSTICE